SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
JUAN LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00162 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO ADVANCE** |
| | ) | **SENTENCING, TO NOT FILE OBJECTIONS** |
| v. | ) | **TO THE PRESENTENCE REPORT, AND TO** |
| | ) | **DEEM THE PROPOSED PRESENTENCE** |
| JUAN LOPEZ, et. al. | ) | **REPORT AS THE FINAL PRESENTENCE** |
| | ) | **REPORT** |
| | ) | |
| | ) | DATE: May 22, 2012 |
| Defendants. | ) | TIME: 9:30 a.m. |
| _____ | ) | COURT: Hon. John A. Mendez |

**Stipulation**

The government and defendant Lopez, through undersigned counsel, stipulate that the date currently set for sentencing, June 5, 2012, may be vacated, and that the date for sentencing may be advanced to May 22, 2012.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Furthermore, the parties stipulate that they will not be filing motions for correction to the Presentence Report and stipulate that the draft Presentence Report, provided by Probation to the parties on May 4, 2012, may be deemed the final Presentence report.

The assigned probation Officer, Miranda Hoyer, has been consulted about this request and has no objection.

The prosecutor has authorized the defense counsel for Juan Lopez to sign this stipulation on his behalf.

DATED: May 8, 2012                     BENJAMIN WAGNER
                                       United States Attorney


                                by     /s/ Scott N. Cameron, for
                                       Heiko Coppola
                                       Assistant U.S. Attorney


DATED: May 8, 2012
                                by     /s/ Scott N. Cameron
                                       Scott N. Cameron
                                       Counsel for JUAN LOPEZ




    IT IS SO ORDERED.

DATED: 5/8/2012                        /s/ John A. Mendez
                                       Honorable Judge John A. Mendez
                                       United States District Court