Scott N. Cameron (SBN: 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
(916) 442-5230

Attorney for:
JUAN LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN LOPEZ, et. al.,<br><br>　　　　Defendants. | CASE NO.  2:10-CR-00162 JAM<br><br>**DEFENDANT JUAN LOPEZ'S SENTENCING MEMORANDUM**<br><br>DATE: May 22, 2012<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

TO THE UNITED STATES DISTRICT COURT, BENJAMIN WAGNER, UNITED STATES ATTORNEY, AND HEIKO COPPOLA, ASSISTANT UNITED STATES ATTORNEY:

　　　Defendant, JUAN LOPEZ, submits this sentencing memorandum to alert the court that he respectfully requests a sentence of "time served".  As discussed below, defendant's sought after sentence is consistent with the plea agreement and the recommendation of the U.S. Probation Department (hereafter "Probation").  As such, the defense has no objection to the offense level or criminal history calculation as determined by Probation and, moreover, agrees with the duration of the sentence as recommended by Probation.

I.  **THE APPROPRIATE SENTENCE FOR DEFENDANT LOPEZ IS "TIME SERVED" AS HIS TIME IN CUSTODY HAS EXCEEDED THE HIGH END OF THE APPLICABLE GUIDELINE**

On the same day as Lopez's arrest, April 14, 2010, the Honorable Judge Hollows ordered Lopez detained pending the outcome of the instant case. (ECF Minute Order No. 16.) Lopez has remained in the Sacramento County Jail since that date and has not served time on any other case.[1] As such, Lopez has served over 25 months of actual time in federal custody.

The parties in this matter entered into a written plea agreement in which the parties stipulated to an offense level of 15 if Probation recommended the three-level reduction for acceptance of responsibility. (ECF Document No. 122.) This plea agreement is not binding on the Court. In the plea agreement, the government agreed to recommend to this Court that Lopez be sentenced to the low end of the applicable guideline range. Probation's recommendation is consistent with the plea agreement. Probation recommends that this Court find the offense level to be 15 and the criminal history category to be I. (PSR, at p. 13) As such, Probation recommends that the applicable guideline range is 18 to 24 months and further recommends that Lopez be sentenced to the low-end of that guideline range – 18 months. Defendant Lopez has already been in custody six months longer that his recommended sentence. In fact, Lopez's time in custody exceeds the high end of the guideline range without the application of "good-time" credits.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] As noted on the face sheet of the Presentence Investigation Report, Lopez does have a detainer from Immigration and Customs Enforcement (an "immigration hold").

As such, and for the reasons set-forth the Presentence Investigation Report, defendant Lopez respectfully requests that this court sentence him to "time served". Furthermore it is respectfully requested that the Court sign a release order directing the U.S. Marshal Service to release him on this case only (leaving intact the immigration hold). It should be noted that defendant Lopez has caused the $100 special assessment to be paid and his counsel will bring the receipt to the hearing.

Dated: May 15, 2012                     Respectfully submitted,
                                        /s/Scott N. Cameron
                                        Scott N. Cameron
                                        Attorney for JUAN LOPEZ