SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: (916) 442-5230

Attorney for Defendant
JUAN LOPEZ

**FILED**

MAY 22 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Copies given to
USM in court

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN LOPEZ, et. al.,<br><br>    Defendants. | CASE NO. 10-CR-0162 JAM<br><br>ORDER FOR RELEASE |

On May 22, 2012, JUAN LOPEZ came before the Court for sentencing. The Court imposed a sentence of time served.

Good cause appearing therefore,

IT IS ORDERED that JUAN LOPEZ be released from federal custody in case 10-cr-0162 JAM.

Dated: 5-22-2012

_____
John A. Mendez
United States District Judge

1